# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLQUAL WATKINS, et al., | **ORDER REASSIGNING THE ACTION** |
| Plaintiffs, | |
| v. | Former Case No.: 1:17-cv-01287- AWI - JLT |
| AM RETAIL GROUP, INC., et al., | **New Case No.: 1:17-cv-001287-JLT** |
| Defendants. | |

In the Joint Scheduling Report filed on December 14, 2017, all parties consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. 6 at p. 9)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings. All further papers filed in this action shall bear the new case number: **1:17-cv-01287-JLT**.

IT IS SO ORDERED.

Dated: December 19, 2017

SENIOR DISTRICT JUDGE