# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLQUAL WATKINS, et al., | Case No.: 1:17-CV-1287 JLT |
| Plaintiffs, | ORDER AMENDING CASE SCHEDULE |
| v. | |
| AM RETAIL GROUP, INC. | |
| Defendant | |

To coordinate discovery with the related case, *Howard v. AM Retail Group, Inc.,* Case number 1:17-cv-01751 JLT, the Court **ORDERS** the case schedule to be amended as follows:

1. The parties **SHALL** complete all non-expert discovery related to class issues by **February 1, 2019;**

2. The parties **SHALL** disclose their experts related to class issues by **March 11, 2019** and any rebuttal experts on this topic by **March 25, 2019**;

3. The parties **SHALL** complete all expert discovery related to class issues by **March 25, 2019**;

4. The briefing related to the class certification motion and the hearing date for the class certification motion is **VACATED.** <u>**Within 10 days**</u> of the ruling on the class certification motion in the case, *Sanchez v. AM Retail Group, Inc.*, Case No. 3:18-cv-00287 JCS (proceeding in the Northern District of California), the parties **SHALL** file a joint report detailing the ruling in the *Sanchez* case and

its impact on this action. If any party contends this action should proceed to a class certification motion, counsel **SHALL** propose dates for the motion, opposition and reply and the hearing date. If they do not believe such a motion is needed, they **SHALL** propose deadlines for any remaining discovery, non-dispositive and dispositive motions, the pretrial conference and the trial. The Court will set a hearing on these issues as needed or if requested;

5. The mid-discovery status conference is **CONTINUED** to **November 5, 2018** at 8:30 a.m.

IT IS SO ORDERED.

Dated: **May 3, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE