UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLQUAL WATKINS and GREG BATSCH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AM RETAIL GROUP, INC., a Delaware Corporation, and DOES 1-25,<br><br>Defendants. | Case No. 1:17-cv-01287 (JLT)<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSING ACTION** |

   Having read the Joint Stipulation submitted by Plaintiffs CHARQUAL WATKINS and GREG BATSCH ("Plaintiffs") and Defendant AM RETAIL GROUP, INC. ("Defendant" or "AMRG") (collectively, the "Parties"), regarding the settlement reached of the individual claims by Plaintiffs against AMRG, and for good cause appearing, the Court rules as follows:

   The Court approves the settlement reached by the Parties and hereby dismisses the claims for relief pled by Plaintiffs on an individual basis with prejudice, with each side to bear his, her or its own costs and attorneys' fees except as set forth in the settlement agreement reached entered into by the Parties. The Court further orders the class claims previously asserted by Plaintiffs be dismissed without prejudice. In light of the dismissal of the class claims, the Court further

orders that no penalties be assessed in favor of Plaintiffs and against the Defendant pursuant to the Labor Code Private Attorneys General Act of 2004.

It is so ordered.

Dated: January 3, 2019

*signature*
Hon. Jennifer L. Thurston
Magistrate Judge
U.S. District Court, E.D. California